# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE JOSEPH BRANCH ) | Case No.: 1:13-cv-01442-SMS |
| Plaintiff, ) | |
| v. ) | ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include June 2, 2014, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the September 10, 2013 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **May 2, 2014**               **/s/ Sandra M. Snyder**
                                                                UNITED STATES MAGISTRATE JUDGE

-1-