**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| EUGENE JOSEPH BRANCH, ) | Case No.: 1:13-cv-01442-SMS |
| ) | |
| Plaintiff, ) | ORDER DISMISSING CASE |
| ) | WITH PREJUDICE |
| vs. ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| ) | (Doc. 15) |
| Defendant. ) | |
| ) | |

In accordance with the stipulation of the parties filed May 5, 2014, the above-captioned matter is DISMISSED with prejudice.  Each party shall bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated:   **May 7, 2014**                    **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE